**DOCKET NUMBER:** 06cr581   **CRIMINAL CAUSE FOR** SENTENCING
**BEFORE JUDGE:** Trager   **DATE:** 1/8/2009   **TIME IN COURT** 00 **HRS** 15 **MINS**
**DEFENDANT'S NAME:** Andre Wilke   **DEFENDANTS #** _____

| X | Present | ☐ | Not Present | ☐ | Custody | X | Not Custody |

**DEFENSE COUNSEL:** Raymond L. Colon
☐ Federal Defender   X   CJA   ☐   Retained

**A.U.S.A.:** Morris Fodeman   **Case Manager:** Ezra Spilke

**ESR** Mickey Brymer (CR)   **INTERPRETER:** _____   **LANGUAGE:** ___

☐ Revocation of Probation non contested   ☐ Revocation of Probation contested
X Sentencing non-evidentiary   ☐ Sentencing Contested
☐ Revocation of Supervised Release evidentiary   ☐ Revocation of Supervised Release non-evidentiary

X CASE CALLED.   _ SENTENCING ADJ'D TO_____.
X SENTENCING HELD.   X STATEMENTS OF DEFT AND COUNSEL HEARD.
X DEFT SENTENCED ON COUNT(S) 1-4
SENTENCE TEXT: time served, 5 years supervised release

RMG OPEN COUNTS ARE DISMISSED ON   X GOVT'S   _ COURT'S MOTION
_ ***COURT ADVISED DEFT OF RIGHT TO APPEAL.***   _ I.F.P. GRANTED.
_ ***DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.***
_ DEFT REMANDED.   _ DEFT ON BAIL PENDING APPEAL.
X **COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.**

**UTILITIES**
☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   X NO
**TEXT** _____